**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

FILED & ENTERED

SEP 04 2012

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

| | |
|---|---|
| In re:<br><br>Orange County Nursery, Inc.<br><br><br><br>Debtor(s). | Case No.: 1:09-bk-22100-GM<br><br>Chapter 11<br><br>**ORDER REGARDING THE TREATMENT AND VALUATION OF THE CLAIM OR INTEREST OF THE MINORITY VOTING TRUST AND**<br>**ORDER SETTING HEARING TO SCHEDULE AN EVIDENTIARY HEARING**<br><br>Date: July 31, 2012<br>Time: 10:00 a.m.<br>Place: Courtroom: 303<br><br>Hearing to Schedule Evidentiary Hearing<br>Date: October 9, 2012<br>Time: 10:00 a.m.<br>Place: Courtroom 303 |

On July 31, 2012 at 10:00 a.m. in Courtroom 303 there was a continued post-confirmation status conference at which the court heard argument regarding the treatment and valuation of the claim or interest of the Minority Voting Trust (the "Minority").

For the reasons stated in the Memorandum of Opinion, which will be filed in conjunction with this order:

To the extent that the Minority has a claim in this case, it is hereby subordinated pursuant to 11 U.S.C. §510(b).

-1-

Minority's claim shall be valued based on the going-concern value of the Debtor as of the petition date.

On October 9, 2012 at 10:00 a.m. in Courtroom 303 the Court will hold a status conference to set an evidentiary hearing on the value of Minority's claim.

###

DATED: September 4, 2012

_____
United States Bankruptcy Judge

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*): )_ **ORDER REGARDING THE TREATMENT AND VALUATION OF THE CLAIM OR INTEREST OF THE MINORITY VOTING TRUST AND ORDER SETTING HEARING TO SCHEDULE AN EVIDENTIARY HEARING**

was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner stated below:

**1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** – Pursuant to controlling General Orders and LBRs, the foregoing document was served on the following persons by the court via NEF and hyperlink to the judgment or order. As of (*date*)_____, the following persons are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email addresses stated below.

David Kupetz Email: dkupetz@sulmeyerlaw.com
Elissa Miler Email: emiller@sulmeyerlaw.com
Steven Werth Email: swerth@sulmeyerlaw.com
Tamar Kouyoumjian Email: tkouyoumjian@sulmeyerlaw.com
Brian Fittipaldi Email: brian.fittipaldi@usdoj.gov
Dean G. Rallis Jr. Email: drallis@sulmeyerlaw.com
Leib Lerner Email: leib.lerner@alston.com
Brian Byun Email: bbyun@cooley.com
Donald Dunning Email: ddunning@dunninglaw.com
Janet Gertz Email: jgertz@cooley.com
Ali M. Mojdehi Email: amojdehi@cooley.com
Randall Mroczynski Email: randym@cookseylaw.com
Randy Orlik Email: rorlik@coxcastle.com
Mark D. Poniatowski Email: ponlaw@ponlaw.com
Peter Susi Email: peter@susiqura.com
Andrew Whatnall Email: awhatnall@daca4.com

☐ Service information continued on attached page

**2. SERVED BY THE COURT VIA UNITED STATES MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following persons and/or entities at the addresses indicated below:

**Orange County Nursery, Inc.** 5069 Maureen Lane Unit A Moorpark, CA 93021

☐ Service information continued on attached page

**3. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by United States mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following persons and/or entities at the addresses, facsimile transmission numbers, and/or email addresses stated below:

☐ Service information continued on attached page